# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

IN RE:  STEVEN PETERSON,

**CASE NO. 07-30963E**
**CHAPTER 13**

Debtor(s).

---

### MOTION TO INCUR DEBT FOR PURCHASE OF VEHICLE UP TO $15,000.00

---

Comes now the Debtor(s), by and through counsel, and moves this Honorable Court to enter an order to permit the Debtor(s) to incur debt for the purchase of a vehicle up to $15,000.00 that will be paid outside of the plan.  The Debtor(s) would show the Court that he has been leasing his car for work but his lien is up.  He can purchase a used car cheaper ($325.00 per month).

PREMISES CONSIDERED, the Debtor(s) prays that the Court enter an order to permit the Debtor(s) to incur debt for the purchase of a vehicle up to $15,000.00.


/s/ Earnest E. Fiveash
Earnest E. Fiveash
1433 Poplar Ave.
Memphis, TN  38104
(901) 276-3334

### CERTIFICATE OF SERVICE

On May 29, 2012, a copy of the foregoing was served via United States Mail (First Class) or electronically to: the **Debtor(s)**, 2950 Dunedin Cove, Germantown, TN 38138; **all creditors on the matrix**; and the **Case Trustee**, 200 Jefferson Ave, Suite 1113, Memphis, TN 38103.

/s/ Earnest E. Fiveash
Earnest E. Fiveash
1433 Poplar Ave.

Memphis, TN  38104
(901) 276-3334